AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 5/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ABA Standing Committee on Pro Bono and Public Service |
| 2. | Member | ABA Standing Committee on the American Judicial System |
| 3. | Council Member, Audit Committee Member, Membership Committee Member | American Law Institute |
| 4. | Council Member | ABA Business Law Section |
| 5. | Senior Advisory Board Member | Harvard Law School Association |
| 6. | Board Member | International Insolvency Institute |
| 7. | Board Member | New York Law Instituute |
| 8. | Liaison to ABA | National Conference of Bankruptcy Judges |
| 9. | Executive Committee Member, Delegate to ABA House of Delegates | ABA Judicial Division National Conference of Federal Trial Judges |
| 10. | Board Member, Executive Committee Member, Chair Programs and Pubs Committee | Practising Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

2. _____  _____

3. _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Brooklyn Law School - teaching | $11,000.00 |
| 2. 2015 | Fordham Law School - teaching | $800.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Federal Reserve Bank of New York retirement benefit (spouse) |
| 2. 2015 | HSBC Technology and Services Inc. (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 15-17, 2015 | Cancun, Mexico | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | PRIME Finance | January 25-27, 2015 | The Hague, Netherlands | PRIME Finance conference | transportation, meals, lodging |
| 3. | American Bar Association | February 4-9, 2015 | Houston, TX | ABA Midyear Meeting | transportation, meals |
| 4. | American Bar Association | April 15-18, 2015 | San Francisco, CA | ABA Business Law Section meeting | transportation, meals, lodging |
| 5. | Globernance | April 21-24, 2015 | San Sebastian, Spain | Globernance conference | transportation, meals, lodging |
| 6. | American Bsankruptcy Institute | May 7-8, 2015 | New London, CT | ABI conference | transportation, meals, lodging |

| | | | | |
|---|---|---|---|---|
| 7. | American Law Institute | May 17-18, 2015 | Washington, DC | ALI Annual meeting | transportation, meals, lodging |
| 8. | American Law Institute, International Insolvency Institute | June 12-20, 2015 | Naples, Italy | International Insolvency Institute conference | transportation, meals, lodging |
| 9. | American Bar Association | June 26-30, 2015 | Prague, Czech Republic | ABA-CEELI conference | transportation, meals |
| 10. | American Bankruptcy Institute | July 9-12, 2015 | Falmouth, MA | ABI conference | transportation, meals, lodging |
| 11. | Aspen Institute | July 24-26, 2015 | Manhasset, NY | Justice and Society conference | meals, lodging |
| 12. | American Bar Association | July 29-August 4, 2015 | Chicago, IL | ABA Annual meeting | transportation, meals |
| 13. | American Bar Association | September 16-19, 2015 | Chicago, IL | ABA Business Law Section meeting | transportation, meals, lodging |
| 14. | American Bar Association | September 24-25, 2015 | Boston, MA | ABA Standing Committee on Pro Bono meeting | transportation, meals, lodging |
| 15. | American Bar Association, National Conference of Bankruptcy Judges | September 27-29, 2015 | Chicago, IL | ABA, IWIRC and NCBJ conference | transportation, meals, lodging |
| 16. | American Bar Association | October 22-23, 2015 | Washington, DC | ABA Standing Committee on the American Judicial System | transportation, meals, lodging |
| 17. | American Bar Association | November 19-20, 2015 | Washington, DC | ABA Business Law Section meeting | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan accounts | A | Interest | O | T | | | | | |
| 2. Citibank accounts | C | Interest | O | T | | | | | |
| 3. HSBC accounts | A | Interest | N | T | | | | | |
| 4. Teachers Credit Union accounts | B | Interest | K | T | | | | | |
| 5. Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6. AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7. ExxonMobil Corp. common stock | B | Dividend | L | T | | | | | |
| 8. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9. State Bank India NY CD | A | Interest | | | Redeemed | 01/27/15 | M | | |
| 10. Santander Bk Nat'l Assn CD | A | Interest | | | Buy | 02/12/15 | M | | |
| 11. Banco Popular de PR CD | A | Interest | | | Redeemed | 03/24/15 | M | | |
| 12. Goldman Sachs BK USA NY CD | A | Interest | M | T | Buy | 03/31/15 | M | | |
| 13. Pacific Western Bank CD | A | Interest | | | Redeemed | 06/05/15 | M | | |
| 14. Bank India NY CD | A | Interest | | | Buy | 06/08/15 | M | | |
| 15. Bank Baroda NY CD | A | Interest | M | T | Buy | 11/24/15 | M | | |
| 16. Santander Bk Nat'l Assn CD | A | Interest | | | Redeemed | 11/25/15 | M | | |
| 17. Bank India NY CD | A | Interest | M | T | Buy | 12/04/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank India NY CD | A | Interest | | | Redeemed | 12/09/15 | M | | |
| 19. East Aurora NY Un Free Sch Dist | B | Interest | K | T | | | | | |
| 20. Metropolitan Transn Auth NY | B | Interest | K | T | | | | | |
| 21. New York NY City Transitional Fin Auth | B | Interest | K | T | | | | | |
| 22. New York NY Ser 1 Subser 1-l | B | Interest | K | T | | | | | |
| 23. New York St Hsg Fin Agy Rev Issues | A | Interest | K | T | | | | | |
| 24. Yonkers NY Rfdg-Sch-Ser B | A | Interest | K | T | | | | | |
| 25. Triborough Brdg & Tunl Auth NY Revs | B | Interest | | | Redeemed | 11/16/15 | K | | |
| 26. Great Neck North Wtr Auth Wtr Sys Rev | B | Interest | K | T | | | | | |
| 27. East Hampton Twn NY Var Purp | A | Interest | | | Redeemed | 03/02/15 | K | | |
| 28. Somers NY Cent Sch Dist | A | Interest | K | T | Buy | 03/11/15 | K | | |
| 29. New York St Dorm Auth Sales Tax Ser A | A | Interest | J | T | Buy | 11/24/15 | J | | |
| 30. New York St Dorm Auth St Pers Inc Ser B | A | Interest | K | T | Buy | 11/24/15 | K | | |
| 31. Nassau Cnty NY Gen Impt-SER E | A | Interest | K | T | | | | | |
| 32. Western Asset Instl Liquid Res | A | Dividend | J | T | | | | | |
| 33. WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 34. WF&G 401K Plan-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 36. Rental Property, Kings County, New York | E | Rent | N | W | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts
The Santander Bk Nat'l Assn CD certificate of deposit purchase reported on Line 10 was redeemed on Line 16.
The Bank India NY CD certificate of deposit purchase reported on Line 14 was redeemed on Line 18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth S. Stong**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544